*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-------------------------------------------------------X

*In Re:*                                          *ORDER OF DISMISSAL*
                                                        *FOR*
**Tronox Incorporated**                    *FAILURE TO PROSECUTE*
                                                  *BANKRUPTCY APPEAL*


-------------------------------------------------------X          21-CV-8412 JPC

FROM:   VITO GENNA, CLERK
            UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF NEW YORK

TO:       RUBY J. KRAJICK, CLERK
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                    BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 07/27/2021
APPELLANT: Julia Burgin
BANKRUPTCY DOCUMENT #: 9740

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    _X_  FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **June 16, 2022**                          Vito Genna, Clerk
            New York, New York                         U.S. Bankruptcy Court, SDNY

                                                  By: ____s/ Anatin Rouzeau_____
                                                          Deputy Clerk


                              ***ORDER***

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____June 21_____ 20 22
            New York, New York
                                                  Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____          Ruby J. Krajick , Clerk
                                                          District Court, SDNY

                                                  By: _____
                                                          Deputy Clerk